■ SHIRLEY GRAY, Respondent, v AGNES M. MILLER et al., Appellants. [670 NYS2d 149] —Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Supreme Court erred in denying defendants' motion for summary judgment dismissing the complaint on the ground of release. Defendants met their initial burden, and plaintiff failed to raise a triable issue of fact concerning her contention that defendants obtained the release through fraud

or misrepresentation (*see, Verstreate v Cohen,* 242 AD2d 862). Plaintiff failed to offer proof in admissible form that she was misled by the statement of the "claims specialist" that, in his opinion, she did not have a serious injury. Therefore, "[p]laintiff has made no showing that [her] execution of the release was tainted by fraud, mutual mistake, duress or illegality" (*K3 Equip. Corp. v Kintner,* 233 AD2d 556, 558).

Defendants' motion for summary judgment, made 62 days after the effective date of the amendment to CPLR 3212 (a), is timely (*see, Auger v State of New York,* 236 AD2d 177; *see also, Phoenix Garden Rest. v Chu,* 245 AD2d 164). (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Balio, Boehm and Fallon, JJ.